# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of March, two thousand and sixteen.

_____

United States of America,

    Appellee,

v.

Keith Lewis,

    Defendant-Appellant.
_____

**ORDER**

Docket No. 14-4552

    Counsel for Appellant has filed a motion to vacate the May 26, 2016 deadline for Appellant's principal brief because he is awaiting receipt of one transcript.

    IT IS HEREBY ORDERED that the motion is GRANTED. Counsel is permitted to file a new scheduling notification once he receives said transcript.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court